DANIEL BRODERICK, Bar # 89424
Federal Defender
MICHAEL PETRIK, JR., Bar #177913
Staff Attorney/Misdememanor Unit
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STEPHANIE CORNELIUS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>STEPHANIE CORNELIUS,<br><br>            Defendant. | Cr.S. 08-208-GGH<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING AND THE SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT<br><br>Date:  November 17, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. Gregory G. Hollows |

The United States Attorney through their respective counsel, S. Robert Tice-Raskin, Assistant United States Attorney, and Michael Petrik, Jr., Attorney for Stephanie Cornelius hereby stipulate that the Judgment & Sentencing currently set for October 20, 2008, at 9:00 a.m., be continued to November 17, 2008, at 9:00 a.m.

The following will be the new presentence report schedule:

Presentence Report disclosed . . . . . . . . . . October 14, 2008

Counsel's Written Objections to the Presentence
Report Shall be Delivered to the Probation Officer
and Opposing Counsel no Later Than   . . . . . . October 27, 2008

The Presentence Report Shall be Filed with the
Court and Disclosed to Counsel no Later Than . . November 3, 2008

```
    Motion for Correction of the Presentence Report
    Shall be Filed with the Court and Served on the
    Probation Officer and Opposing Counsel no
    Later Than  . . . . . . . . . . . . . . . . . . November 10, 2008
```

United States Probation Officer, Jeff C. Oestreicher has no objection to the new scheduled dates.

Dated: September 3, 2008          Respectfully submitted,

                                        DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/  M. Petrik
                                      _____
                                      MICHAEL PETRIK, JR.
                                      Staff Attorney
                                      Attorneys for Defendant
                                      STEPHANIE CORNELIUS

Dated: September 3, 2008          McGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ R. Tice-Raskin
                                      _____
                                      ROBERT TICE-RASKIN
                                      Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: 09/05/08                   /s/ Gregory G. Hollows
                                      United States Magistrate Court

cornelius.eot